[No. 7184.]

THE PEOPLE v. PUTNAM, ET AL.

Judgment affirmed on the authority of case No. 7183 ante p. —(517).

*Error to Elbert District Court.*—HON. W. S. MOR-
RIS, Judge.

Mr. W. B. PRICE, for plaintiffs in error.

No appearance for defendants in error.

Mr. JUSTICE HILL delivered the opinion of the court:

This case presents the identical question involved in
No. 7183, entitled The People etc. for the Use of the
Board of County Commissioners of Elbert County v.
Adin G. Putnam, et al., decided at this term. For the
reasons stated in that opinion the judgment is affirmed.

*Affirmed.*

Mr. JUSTICE MUSSER and Mr. JUSTICE GABBERT
concur.